```
KEVIN E. FUSCH (SBN 255877)
PATRICIA H. LYON (SBN 126761)
FRENCH LYON TANG
A Professional Corporation
1550 Parkside Drive, Suite 250
Walnut Creek, CA 94596
Telephone:  (415) 597-7816

Attorneys for Defendants,
MEDALLION GOLD, INC. AND
MEDALLION SERVICING, LLC
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIORITY ACQUISITIONS LLC, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MEDALLION GOLD, INC., a corporation, MEDALLION SERVICING, LLC, a California limited liability company; and Does 1-50 inclusive,<br><br>Defendants. | Case No.: 4:24-cv-01793-HSG<br><br>**ORDER GRANTING DEFENDANTS' REQUEST TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE (as modified)**<br><br><u>Case Management Conference</u><br>Date:  April 9, 2024<br>Time:  1:00 p.m.<br>Judge: Judge Haywood S. Gilliam, Jr.<br>Place: 1301 Clay Street<br>         Courtroom 2, 4th Floor<br>         Oakland, California |

Defendants MEDALLION GOLD, INC., a corporation, and MEDALLION SERVICING, LLC, a California limited liability company (collectively, "Defendants") requests to appear by telephone at the Case Management Conference scheduled for April 9, 2024 at 1:00 p.m.

For good cause appearing, IT IS ORDERED that Defendants' request to appear telephonically at the case management conference currently scheduled for April 9, 2024 at 1:00 p.m., is approved.  The dial-in information and instructions remain the same as previously provided in docket no. 14.

//

-1-

ORDER

1 | Dated: 4/8/2024

HAYWOOD S. GILLIAM, JR.
United States District Judge