1  Sarah Shapero (Bar No. 281748)
   Brooke Brewer (Bar No. 352036)
2  SHAPERO LAW FIRM
   100 Pine St., Ste. 530
3  San Francisco, California 94111
   Telephone:     (415) 240-4839
4  Facsimile:     (415) 358-4116

5  Attorney for Plaintiffs,
   PRIORITY ACQUISITIONS LLC
6

7             UNITED STATES DISTRICT COURT

8             NORTHERN DISTRICT OF CALIFORNIA

9

| PRIORITY ACQUISITIONS LLC; | Case No.: 4:24-cv-01793 |
|---|---|
| Plaintiffs, vs. | *Hon. Haywood S. Gilliam, Jr.* |
| MEDALLION GOLD, INC., a corporation, MEDALLION SERVICING, LLC, a California limited liability company; and Does 1-50, inclusive,, | **ORDER** |
|  | Date:     April 9, 2024 |
|  | Time      1:00 PM |
|  | Dept.:    Courtroom 2, Fourth Floor, Oakland Courthouse, 1301 Clay Street, Oakland, CA 94612 |
| Defendants. |  |

1
**ORDER**

The Court, having read and considered Plaintiff's Request to Appear remotely at the Case Management Conference currently scheduled before this Court for April 9, 2024, at 1:00 p.m., and finds:

Plaintiff's Request for a remote Appearance is **DENIED**.

ACCORDINGLY, IT IS ORDERED:

Dated:    4/8/2024



_____
Judge Haywood S. Gilliam Jr.

2
ORDER